IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES EARL RICO JONES, | |
| Petitioner, | 8:22CV339 |
| vs. | |
| SONYA N. CARTER, #CAZCH4RBTYTWW; | MEMORANDUM AND ORDER |
| Respondent. | |

Petitioner James Earl Rico Jones filed a Petition for Writ of Habeas Corpus, Filing No. 2, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 1. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). Upon review of Petitioner's financial status as set forth in his Motion, leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 1, is granted. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 26th day of September, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court